## Case No. 12,948.

### SLOAT v. PLYMTON.

Circuit Court, E. D. Pennsylvania. Oct., 1846.

PATENTS — PRELIMINARY INJUNCTION — ACQUIESCENCE—PRESUMPTION.

An absolute acquiescence by a patentee in the adverse possession and enjoyment of his rights by a stranger would, under ordinary circumstances, for a period much less than six years, offer a strong argument against the grant of the injunction before a final decree.

Before KANE, District Judge.
[Cited in 2 Whart. Dig. 415, to the point as stated above. Nowhere reported; opinion not now accessible.]